Natasha E. Daughtrey (SBN 319975)
ndaughtrey@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Tel.: +1 213.426.2500
Fax.: +1 213.623.1673

Attorney for Defendant
POSHMARK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., <br><br> Plaintiff, <br><br> vs. <br><br> EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50, <br><br> Defendants. | Case No. 2: 19-cv-02850-DMG-JC <br><br> **DEFENDANT POSHMARK, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

1

2

## **POSHMARK, INC.'S CORPORATE DISCLOSURE STATEMENT**

## **PURSUANT TO FED. R. CIV. P. 7.1**

3       Pursuant to Rule 7.1(a), Fed. R. Civ. P, Defendant Poshmark, Inc. hereby

4   discloses that (1) it has no parent company and (2)  no publicly held corporation

5   owns 10% or more of its stock.

6

7   Dated:        May 13, 2019        Respectfully submitted,

8

9   By: */s/ Natasha E. Daughtrey*
Natasha E. Daughtrey (SBN

10   319975)
ndaughtrey@goodwinlaw.com

11   **GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor

12   Los Angeles, California 90017-5704
Tel.: +1 213.426.2500
Fax.: +1 213.623.1673

13

14

15   *Attorney for Defendant*
*Poshmark, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

1