| | |
|---|---|
| 1 | Natasha E. Daughtrey (SBN 319975) |
| 2 | ndaughtrey@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 3 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, California 90017-5704 |
| 4 | Tel.: +1 213.426.2500<br>Fax.: +1 213.623.1673 |
| 5 | Attorney for Defendant |
| 6 | POSHMARK, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D.,<br><br>Plaintiff,<br><br>vs.<br><br>EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:19-cv-02850-DMG-JC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint filed: April 12, 2019<br>Current response date: May 13, 2019<br>New Response Date: June 12, 2019 |

ACTIVE/99566451.1

1   Defendant Poshmark, Inc. ("Defendant") and Plaintiff Texkhan, Inc.
2   ("Plaintiff") through their respective counsel of record, hereby stipulate as follows:
3   WHEREAS, Plaintiff filed its Complaint in the United States District Court
4   Central District of California on April 12, 2019;
5   WHEREAS, the current deadline for Defendant's response to the Complaint
6   is May 13, 2019;
7   WHEREAS, counsel for Defendant Poshmark, Inc. requested—and counsel
8   for Plaintiff agreed to—a brief 30-day extension of the deadline to file a response to
9   the Complaint, up to and including June 12, 2019;
10  WHEREAS, the requested extension will not alter the date of any Court
11  ordered event or deadline;
12  WHEREAS, Local Rule 8-3 permits the parties to file a stipulation to extend
13  the response deadline for no more than 30 days from the date the response initially
14  would have been due without Court approval;
15  WHEREAS, no party will be prejudiced by the stipulated-to extension;
16  WHEREAS, the Plaintiff and Defendant agree that justification and good
17  cause exist to extend the date by which Defendant shall file a response to the
18  Complaint;
19
20
21
22
23
24
25
26
27
28

ACTIVE/99566451.1

1    NOW THEREFORE, IT IS THEREBY STIPULATED AND AGREED,
2 between Plaintiff, by its undersigned counsel and Defendant, by its undersigned
3 counsel, that Defendant shall have up to and including June 12, 2019 to respond to
4 the Complaint in this action.

6 Dated:    May 13, 2019                Respectfully submitted,

8                By: */s/ Natasha E. Daughtrey*
                 Natasha E. Daughtrey (SBN 319975)
9                ndaughtrey@goodwinlaw.com
                 **GOODWIN PROCTER LLP**
10               601 S. Figueroa Street, 41st Floor
                 Los Angeles, California 90017-5704
11               Tel.: +1 213.426.2500
                 Fax.: +1 213.623.1673

13
                 *Attorney for Defendant*
14               *Poshmark, Inc.*

17               By: */s/ Hyunsuk Albert Chang (with permission)*
                 Hyunsuk Albert Chang (SBN 206270)
18               Grace Hyojung Jang (SBN 302640)
19               albertchang@aclawfirm.net
                 **LAW OFFICES OF ALBERT CHANG**
20               1225 W. 190th Street, Suite 420
21               Gardena, CA 90248
                 Tel.: 310.769.6839
22               Fax.: 310.769.6787

24               *Attorneys for Plaintiff*
                 *Texkhan, Inc.*

ACTIVE/99566451.1