HYUNSUK ALBERT CHANG (SBN 206270)
GRACE HYOJUNG JANG (SBN 302640)
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Email: albertchang@aclawfirm.net

Attorneys for Plaintiff TEXKHAN, INC., a California Corporation, dba HYUP SUNG T.R.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D.,<br><br>Plaintiff,<br><br>vs.<br><br>EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50,<br><br>Defendants.<br>_____ | Case No. 2:19-cv-02850-DMG-JC<br><br>Honorable Dolly M. Gee<br><br>**PROOF OF SERVICE OF COMPLAINT ON DEFENDANT EN CREME** |

**PROOF OF SERVICE OF COMPLAINT ON DEFENDANT EN CREME**

- 1 -

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-02850 DMG (JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   EN CREME
was received by me on *(date)*   5/10/19   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Ben Kim, showroom manager   , who is
designated by law to accept service of process on behalf of *(name of organization)*   EN CREME
747 E. 10th. Street, Suite 112   on *(date)*   5/16/19   ; or
Los Angeles, CA. 90021                                                    at 12:07 p.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   75.00   for travel and $ _____ for services, for a total of $   75.00   .

I declare under penalty of perjury that this information is true.

Date:   5/20/19

*Server's signature*

DANNY J. HEINZ PROCESS SERVER
*Printed name and title*

Registered L.A. County #7051

P.O. Box 7884, Torrance, CA. 90504
*Server's address*

Additional information regarding attempted service, etc: