HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
GRACE H. JANG (SBN 302640)
Email: gracejang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff TEXKHAN, INC.,
a California Corporation, dba HYUP SUNG T.R.D.

Natasha E. Daughtrey (SBN 319975)
ndaughtrey@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Tel.: +1 213.426.2500
Fax.: +1 213.623.1673

Attorney for Defendant
POSHMARK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D.,<br><br>Plaintiff,<br><br>v.<br><br>EN CRÈME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:19-cv-02850-DMG-JC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

---

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**
- 1 -

Pursuant to F.R.C.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiff TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D. ("Plaintiff") and Defendant POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK ("Defendant") that this action may be dismissed with prejudice as to Defendant. Each party bears its own attorney's fees and costs.

Dated: June 10, 2019         LAW OFFICES OF ALBERT CHANG

By: /s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang
Grace H. Jang
Attorneys for Plaintiff
TEXKHAN, INC., a California Corporation,
dba HYUP SUNG T.R.D.

Dated: June 10, 2019         GOODWIN PROCTER LLP

By: /s/ Natasha Daughtrey
Natasha E. Daughtrey
Attorneys for Defendant
POSHMARK, INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Natasha E. Daughtrey, counsel for Poshmark, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: June 10, 2019                    LAW OFFICES OF ALBERT CHANG

By: /s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang
Grace H. Jang
Attorneys for Plaintiff
TEXKHAN, INC., a California Corporation,
dba HYUP SUNG T.R.D.