HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
GRACE H. JANG (SBN 302640)
Email: gracejang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff TEXKHAN, INC.,
a California Corporation, d/b/a HYUP SUNG T.R.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., <br><br> Plaintiff, <br><br> v. <br><br> EN CRÈME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50, <br><br> Defendants. | Case No.: 2:19-cv-02850-DMG-JC <br><br> Honorable Judge Dolly M. Gee <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT BIZZ, INC., D/B/A EN CREME** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff TEXKHAN, INC., d/b/a HYUP SUNG T.R.D. ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant BIZZ, INC., d/b/a EN CRÈME have reached a settlement in this action. Defendant agrees to make periodic payments of which the last payment is due by August 15, 2019. Plaintiff agrees to dismiss Defendant with prejudice within ten (10) business

---

**NOTICE OF SETTLEMENT AS TO DEFENDANT BIZZ, INC., D/B/A EN CRÈME**
- 1 -

1  dates of receipt of the last payment from Defendant, i.e., August 25, 2019. Each
2  party agrees to bear its own fees and costs.
3      As such, Plaintiff requests that this Honorable Court vacate the OSC
4  currently set for June 24, 2019.

                                   Respectfully submitted,

Date:  June 20, 2019          LAW OFFICES OF ALBERT CHANG

                        By:  /s/ Hyunsuk Albert Chang
                            Hyunsuk Albert Chang
                            Grace H. Jang
                            Attorneys for Plaintiff
                            Texkhan, Inc., d/b/a Hyup Sung T.R.D.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

---

**NOTICE OF SETTLEMENT AS TO DEFENDANT BIZZ, INC., D/B/A EN CRÈME**
**- 2 -**