HYUNSUK ALBERT CHANG (SBN 206270)
GRACE HYOJUNG JANG (SBN 302640)
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Email: albertchang@aclawfirm.net

Attorneys for Plaintiff TEXKHAN, INC., a California Corporation, dba HYUP SUNG T.R.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., <br><br>    Plaintiff, <br><br>vs. <br><br>EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50, <br><br>    Defendants. | Case No. 2:19-cv-02850-DMG-JC <br><br> Honorable Dolly M. Gee <br><br> **PROOF OF SERVICE OF COMPLAINT ON DEFENDANT PROMGIRL, LLC D/B/A THISGIRL** |

**PROOF OF SERVICE OF COMPLAINT ON DEFENDANT PROMGIRL, LLC D/B/A THISGIRL**

- 1 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> **Law Offices of Albert Chang** <br> **1225 W. 190th Street Suite 420** <br> **Gardena, CA 90248** | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.: **310-769-6836**    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **TEXKHAN, INC., A CALIFORNIA CORPORATION, INDIVIDUALLY AND DOING BUSINESS AS HYUP SUNG T.R.D.** | |

| **United States District Court, Central District of California** |
|---|
| STREET ADDRESS: **312 North Spring St.** |
| MAILING ADDRESS: **312 North Spring St.** |
| CITY AND ZIP CODE: **Los Angeles 90012** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **TEXKHAN, INC., A CALIFORNIA CORPORATION, INDIVIDUALLY AND DOING BUSINESS AS HYUP SUNG T.R.D.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **EN CREME, AN UNKNOWN BUSINESS ENTITY; ET AL** | **2:19-CV-02850** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **2:19-cv-02850-DMG-JC** |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*: <br> **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR: 1. COPYRIGHT INFRINGEMENT 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT; NOTICE OF INTERESTED PARTIES,CIVIL COVER SHEET,REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT,NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES,NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR),INITIAL STANDING ORDER**

3. a. Party served *(specify name of party as shown on documents served)*: <br> **PROMGIRL, LLC, A NEW YORK LIMITED LIABILITY COMPANY, DOING BUSINESS AS THIRGIRL**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*: <br> **Christina Gallo , SENIOR MANAGER, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 35-45 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with black hair.  glass door, white office**

4. Address where the party was served: <br> **1441 BROADWAY, 21ST FLOOR, NEW YORK, NY 10018**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **06/18/2019** at *(time)*: **3:34 PM**

   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

*BY FAX*

Page 1 of 2 <br>
Form Adopted for Mandatory Use <br>
Judicial Council of California POS-010 [Rev. January 1, 2007] <br>
**PROOF OF SERVICE OF SUMMONS** <br>
Code of Civil Procedure. § 417.10 <br>
Tracking #: 0038679036 <br>
REF: **2:19-cv-02850-DMG-JC**

| PLAINTIFF/PETITIONER: TEXKHAN, INC., A CALIFORNIA CORPORATION, INDIVIDUALLY AND DOING BUSINESS AS HYUP SUNG T.R.D. | CASE NUMBER: 2:19-CV-02850 |
|---|---|
| DEFENDANT/RESPONDENT: EN CREME, AN UNKNOWN BUSINESS ENTITY; ET AL | |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **PROMGIRL, LLC, A NEW YORK LIMITED LIABILITY COMPANY, DOING BUSINESS AS**
      under the following Code of Civil Procedure section:

      | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      |---|---|
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7. **Person who served papers**
   a. Name:                **Thomas G Russo**
   b. Address:             **147 Prince St., Suite 4-6, Brooklyn, NY 11201**
   c. Telephone number:    **718-560-1062**
   d. The fee for service was: **$ 75.00**
   e. I am:

      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.  For:
         (ii) ☐ Registration No.:                              Registration #:
         (iii) ☐ County:                                       County:

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  6/18/19

| Thomas G Russo | *(signature)* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**                    Page 2 of 2
Tracking #: 0038679036

REF: **2:19-cv-02850-DMG-JC**

