Kyle Vos Strache (SBN 251807)
kyle@vos-ip.com
**VOS-IP, LLC**
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Tel.: 650.387.6311
Fax: 215.735.1123

Attorney for Defendant
DMW DRESSES, LLC formerly known
as PROMGIRL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., Plaintiff,<br><br>vs.<br><br>EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50, Defendants. | Case No. 2:19-cv-02850-DMG-JC<br><br>**DEFENDANT DMW DRESS, LLC, FORMERLY KNOWN AS PROMGIRL, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

## DMW DRESSES, LLC FORMERLY KNOW AS PROMGIRL, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1(a), Fed. R. Civ. P, Defendant DMW Dresses, LLC, formerly known as PromGirl, LLC, hereby discloses that (1) it has no parent company and (2) no publicly held corporation owns 10% or more of its stock.

Dated: July 9, 2019

Respectfully submitted,
By: */s/ Kyle Vos Strache*
Kyle Vos Strache (SBN 251807)
kyle@vos-ip.com
**VOS-IP, LLC**
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Tel.: 650.387.6311
Fax:

*Attorney for Defendant*
*DMW Dresses, LLC formerly known as PromGirl, LLC*

CORPORATE DISCLOSURE STATEMENT - 2
4814-3783-8236, V. 2