Kyle Vos Strache (SBN 251807)
kyle@vos-ip.com
**VOS-IP, LLC**
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Tel.: 650.387.6311
Fax: 215.735.1123

Attorney for Defendant
DMW DRESSES, LLC formerly known
as PROMGIRL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., Plaintiff,<br><br>vs.<br><br>EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50, Defendants. | Case No. 2:19-cv-02850-DMG-JC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint filed: April 12, 2019<br>Current response date: July 9, 2019<br>New Response Date: August 8, 2019 |

JOINT STIPULATION TO EXTEND - 1

Defendant DMW Dresses, LLC, formerly known as PromGirl, LLC ("Defendant") and Plaintiff Texkhan, Inc. ("Plaintiff") through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint in the United States District Court Central District of California on April 12, 2019;

WHEREAS, the current deadline for Defendant's response to the Complaint is July 9, 2019;

WHEREAS, counsel for Defendant DMW Dresses, LLC formerly known as PromGirl, LLC requested—and counsel for Plaintiff agreed to—a brief 30-day extension of the deadline to file a response to the Complaint, up to and including August 8, 2019;

WHEREAS, the requested extension will not alter the date of any Court ordered event or deadline;

WHEREAS, Local Rule 8-3 permits the parties to file a stipulation to extend the response deadline for no more than 30 days from the date the response initially would have been due without Court approval;

WHEREAS, no party will be prejudiced by the stipulated-to extension;

WHEREAS, the Plaintiff and Defendant agree that justification and good cause exist to extend the date by which Defendant shall file a response to the Complaint;

NOW THEREFORE, IT IS THEREBY STIPULATED AND AGREED, between Plaintiff, by its undersigned counsel and Defendant, by its undersigned counsel, that Defendant shall have up to and including August 8, 2019 to respond to the Complaint in this action.

Dated: July 9, 2019

Respectfully submitted,
By: */s/ Kyle Vos Strache*
Kyle Vos Strache (SBN 251807)
kyle@vos-ip.com
**VOS-IP, LLC**
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Tel.: 650.387.6311

*Attorney for Defendant*
*DMW Dresses, LLC, formerly known as PromGirl, LLC*

By: */s/ Hyunsuk Albert Chang (with permission)*
Hyunsuk Albert Chang (SBN206270)
Grace Hyojung Jang (SBN 302640)
albertchang@aclawfirm.net
**LAW OFFICES OF ALBERT CHANG**
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Tel.: 310.769.6839
Fax.: 310.769.6787

*Attorneys for Plaintiff*
*Texkhan, Inc.*

JOINT STIPULATION TO EXTEND - 3

JOINT STIPULATION TO EXTEND - 4