HYUNSUK ALBERT CHANG, ESQ. (SBN 206270)
Email: albertchang@aclawfirm.net
GRACE HYOJUNG JANG (SBN 302640)
Email: gracejang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff TEXKHAN, INC., a California Corporation, dba HYUP SUNG T.R.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EN CREME, an unknown business entity; POSHMARK, INC., a Delaware Corporation, doing business as POSHMARK; PROMGIRL, LLC, a New York Limited Liability Company, doing business as THISGIRL; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No.  2:19-cv-02850-DMG-JC<br><br>Honorable Dolly M. Gee Presiding<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT DMW DRESSES, LLC FORMERLY KNOWN AS PROMGIRL, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

WHEREAS, Plaintiff TEXKHAN, INC. dba HYUP SUNG T.R.D. ("Plaintiff") and Defendant DMW DRESSES, LLC formerly known as PROMGIRL, LLC ("Defendant") (Plaintiff and Defendant are also collectively referred to as the "Parties") have reached a resolution of all claims at issue in this action;

WHEREAS, Plaintiff now wishes to voluntarily dismiss its action with prejudice as to Defendant DMW DRESSES, LLC formerly known as PROMGIRL, LLC only;

WHEREAS, this dismissal will resolve this action as to Defendant DMW DRESSES, LLC formerly known as PROMGIRL, LLC only;

IT IS HEREBY STIPULATED by the Parties, through their counsels of record, as follows:

1. This action is to be dismissed with prejudice as to Defendant DMW DRESSES, LLC formerly known as PROMGIRL, LLC, and any successor in interest, including Occasion Brands, LLC only; and
2. Each party is to bear its own costs and attorney's fees as incurred against one another.

IT IS SO STIPUALTED.

Date: July 17, 2019            LAW OFFICES OF ALBERT CHANG

                               By:   /s/ Hyunsuk Albert Chang
                                     Hyunsuk Albert Chang
                                     Attorneys for Plaintiff TEXKHAN, INC.,
                                     dba HYUP SUNG T.R.D.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

Date:  July 17, 2019				VOS-IP, LLC.

					By:	/s/ Kyle Vos Strache
						Kyle Vos Strache
						Attorney for Defendant DMW DRESSES,
						LLC formerly known as PROMGIRL, LLC

**STIPULATION FOR DISMISSAL AS TO DEFENDANT DMW DRESSES, LLC FORMERLY KNOWN AS PROMGIRL, LLC**

- 3 -