UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 19-2850-DMG (JCx)** | Date July 18, 2019 |
| Title ***Texkhan, Inc. v. En Crème, et al.*** | Page 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, indicating that the case has settled in its entirety, this action is placed in inactive status. [Doc. # 16] By August 26, 2019, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of August 27, 2019.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.